UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Lease Trust

In Re:
    Paolo Tecson, Annalyn Yamat,

Debtors.

**Order Filed on May 30, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-11827 JKS

Adv. No.:

Hearing Date: 5/24/18

Judge: John K. Sherwood

# CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 30, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Paolo Tecson, Annalyn Yamat
Case No:  18-11827 JKS
Caption of Order:  CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Lease Trust, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to ~~real property located at~~ 2016 TOYOTA RAV4 , VIN:2T3DFREVXGW531074, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Sarah Crouch, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of May 15, 2018, Debtor has cured the post-petition arrears; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume June 19, 2018 directly to Secured Creditor TMCC P.O. Box 5855, Carol Stream, IL 60197-5855; and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

**(Page 3)**
Debtor:  Paolo Tecson, Annalyn Yamat
Case No:  18-11827 JKS
Caption of Order:  CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

I hereby agree and consent to the above terms and conditions:        Dated:   5/29/18


*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR


I hereby agree and consent to the above terms and conditions:        Dated:   5/21/18


*/s/ Sarah Crouch*
SARAH CROUCH, ESQ., ATTORNEY FOR DEBTOR


I hereby agree and consent to the above terms and conditions:        Dated:   5/22/18


*/s/ Annalyn Yamat*
ANNALYN YAMAT, CO-DEBTOR